Our File No.  66200q

## CERTIFICATE OF MAILING

The undersigned hereby certifies as follows:

1.  I am employed by the law firm of Methfessel & Werbel.

2.  On  September 10, 2007 the undersigned prepared and forwarded copies of the within correspondence to the following parties:

>William J. Dubanevich, Esq.
>Worby Groner Edelman & Napoli Bern, LLP
>5 Broadway, 12th Floor
>New York, NY 10006
>Attorneys for: Marcelo Atiencia

>All Defense Counsel

3.  I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

_____
Frank J. Keenan