UNITED STATES DISTRICT COURT        21 MC 102 (AKH)
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER
SITE LITIGATION

MARCELO ATIENCIA,                   DOCKET NUMBER:  (AKH) 07CV1562

                    Plaintiff,

                                    NOTICE OF ADOPTION OF
        -against-                   ANSWER TO MASTER COMPLAINT OF
                                    TISHMAN INTERIORS CORPORATION

TISHMAN INTERIORS CORPORATION,
et al.
                    Defendants.

        Defendant Tishman Interiors Corporation hereby adopts as its Answer in the instant case

its Answer and Defenses to Plaintiffs' Master Complaint in this litigation which were filed and

served on August 3, 2007.  In accordance with Case Management Order No. 4, the allegations of

the instant Check-Off Complaint are deemed to be denied.  By way of further answer, Tishman

Interiors Corporation also incorporates by reference all averments and denials of its Answer and

Defenses to the Master Complaint as though same were more fully set forth herein at length.

Dated:  New York, New York
        September 17, 2007

                            COZEN O'CONNOR

                            By: _____
                            James F. Desmond, Jr., Esquire (JD-8941)
                            45 Broadway Atrium, Suite 1600
                            New York, New York 10006
                            (212) 509-9400
                            Attorneys for Defendant
                            Tishman Interiors Corporation

## CERTIFICATE OF SERVICE

I, JAMES F. DESMOND, JR., hereby certify that a true and correct copy of Defendant

Tishman Interiors Corporation's Notice of Adoption of Answer and Defenses to Master

Complaint was served this ____ th day of September, 2007, via ECF upon the following:

Gregory J. Cannata, Esquire
The Law Firm of Gregory J. Cannata
233 Broadway – Floor 5
New York, New York  10279

Robert Grochow, Esquire
The Law Firm of Gregory J. Cannata
233 Broadway – Floor 5
New York, New York  10279

Christopher R. LoPalo, Esquire
Worby Groner Edelman & Napoli Bern, LLP
115 Broadway – 12th Floor
New York, New York  10006

Richard Williamson, Esquire
Fleming Zulack Williamson Zauder, LLP
One Liberty Plaza
New York, New York 10006

James Tyrell, Esquire
Patton Boggs, L.L.P.
One Riverfront Plaza, 6th Floor
Newark, N.J. 07102

Andrew Carboy, Esquire
Sullivan, Papain, Block,
McGrath & Cannavo, P.C.
120 Broadway
New York, NY 10271

Peter Wies, Esquire
The City of New York Law Department
World Trade Center Unit
100 Church Street
New York, NY  10007

James F. Desmond, Jr.