John M. Flannery (JMF-0229)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

Attorneys for Defendant BATTERY PARK CITY AUTHORITY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x   21 MC 102(AKH)

IN RE: WORLD TRADE CENTER LOWER                      :
MANHATTAN DISASTER SITE LITIGATION

-------------------------------------------------------------------- x   Civil Action No.: 07CV01562

MARCELO ATIENCIA,

                                                                         :   **NOTICE OF BATTERY PARK**
                          Plaintiff,                                         **CITY AUTHORITY's**
                                                                         :   **ADOPTION OF ANSWER TO**
         -against-                                                           **MASTER COMPLAINT**

                                                                         :

BANKERS TRUST COMPANY, ET AL.,

                                                                         :
                          Defendants.
                                                                         :

-------------------------------------------------------------------- x

     PLEASE TAKE NOTICE THAT defendant, BATTERY PARK CITY AUTHORITY, as

and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off

Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt

BATTERY PARK CITY AUTHORITY's Answer to the Master Complaint dated

August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan*

*Disaster site Litigation*, 21 MC 102 (AKH).

     WHEREFORE, BATTERY PARK CITY AUTHORITY demands judgment dismissing

the above-captioned action as against each of them, together with their costs and disbursements.

Dated: White Plains, New York
      September 25, 2007

Yours, etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN
      & DICKER LLP
Attorneys for Defendants
BATTERY PARK CITY AUTHORITY
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
File No.: 06867.00120

By: _____
      John M. Flannery (JMF-0229)