UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

----------------------------------------------------------------X

MARCELO ATIENCIA, : 07-CV-01562-AKH

                Plaintiff,

                                                               **APPEARANCE**

    - against -

                                                               **ELECTRONICALLY FILED**

ALAN KASMAN DBA KASCO, *et al.*,

                Defendants.
----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York           DICKSTEIN SHAPIRO LLP
       January 18, 2008

                                    By:    /s/ Judith R. Cohen
                                                _____

                                       Judith R. Cohen (JC-8614)
                                       1177 Avenue of the Americas
                                       New York, New York 10036
                                       Phone: (212) 277-6500
                                       Fax: (212) 277-6501

                                       *Attorney for Defendant*
                                       MERRILL LYNCH & CO., INC.